In the Matter of ERNEST GREENWOOD, Appellant, against THOMAS J. CURRAN, as Secretary of State of the State of New York, et al., Respondents.— In a proceeding under section 330 of the Election Law, order dismissing petition affirmed, without costs. In our opinion, under the provisions of subdivision 4 of section 138 of the Election Law, three thousand valid signatures are required on an independent nominating petition in the First Congressional District of the State of New York. Since the Secretary of State acted on his own motion in rejecting the nominating petition, it is not necessary to pass on the qualifications of the objector as a person aggrieved. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [202 Misc. 493.]

■

In the Matter of the Accounting of NORMAN HERSHMAN et al., as Executors and Trustees under the Will of LEO HERSHMAN, Deceased, Respondents. WANDA Z. TURNER et al., Infants, by HARRY BLOOM, Special Guardian, Appellants.— Appeal by a special guardian for infants from so much of a decree settling the accounts of executors and trustees as construed the will of the testator so as to permit the son of the testator to borrow from the executors and trustees. Decree of the Surrogate's Court, Westchester County, insofar as appealed from unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.